LEWIS E. ANGELO, JR.

*v.*

THE RODMAN TRUST, INC., *et al.*

(No. 13917)

Decided April 4, 1978.

*Horace S. Meldahl* for appellant.

*W. E. Mohler, Spilman, Thomas, Battle & Klostermeyer, Frederick L. Thomas, Jr.,* for appellees.

PER CURIAM:

This appeal is dismissed as being improvidently awarded. The Court's review of the entire record indicates that there was no final action by the court below within the appeal period to which we are bound.

*Dismissed.*